## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Robert L. Lair
Spruce Unit # 1 DOC No. 83726
Louisiana State Penitentiary
Angola LA 70712

## REHEARING ACTION: June 30, 2010

**Docket Number: 10    00526-CW**

**ROBERT LAIR**
**VERSUS**
**RAPIDES PARISH DISTRICT ATTORNEY**

**Writ Application from Rapides Parish Case No. 229,955**

**BEFORE JUDGES:**

   **Hon. Sylvia R. Cooks**
   **Hon. Billy Howard Ezell**
   **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Robert L. Lair** has this day been

   **DENIED.**

cc: James C. Downs, Counsel for the Respondent
    Harold A. Van Dyke III, Counsel for the Respondent